```
JASON M. FRIERSON
United States Attorney
Nevada Bar No. 7709
JAMES KI, WSBN 42978
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (212) 264-2435
james.ki@ssa.gov

Attorneys for Defendant
```

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ALISON BABCOCK,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No. 2:23-cv-00956-NJK<br><br>**STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT FOR PLAINTIFF** |

　　　IT IS HEREBY STIPULATED by and between the parties, through their undersigned attorneys, and with the approval of the Court, that this action be remanded for further administrative action pursuant to the Social Security Act § 205(g), as amended, 42 U.S.C. § 405(g), sentence four.

　　　Upon remand, the Appeals Council will remand the case to an administrative law judge to offer the claimant the opportunity for a hearing, take any further action to complete the administrative record, and issue a new decision.

//

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Dated: October 20, 2023    Respectfully submitted,

NEVADA LEGAL SERVICES

/s/ Kristopher S. Pre
KRISTOPHER S. PRE
(*as authorized via email on October 20, 2023)
Attorney for Plaintiff

Dated: October 20, 2023    Respectfully submitted,

JASON M. FRIERSON
United States Attorney

/s/ James Ki
JAMES KI
Special Assistant United States Attorney
Attorneys for Defendant

IT IS SO ORDERED:

_____
HON. NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE

DATED: October 20, 2023

2